NOVEMBER 24, 1971

No. 71–323. TERRY *v.* CALIFORNIA. Sup. Ct. Cal. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

DECEMBER 3, 1971

No. A–577. CHANDLER, U. S. DISTRICT JUDGE *v.* O'BRYAN. C. A. 10th Cir. Application for extension of time to file petition for writ of certiorari and stay of mandate presented to MR. JUSTICE WHITE, and by him referred to the Court, granted. It is ordered that the time for filing petition for writ of certiorari be extended, and the mandate be stayed until January 7, 1972. If petition for writ of certiorari be filed on or before January 7, 1972, then mandate is further stayed pending disposition of petition for writ of certiorari. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

DECEMBER 7, 1971

No. 70–12. BARTLEY ET AL. *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. E. D. Ky. Judgment holding constitutional § 224 of the Social Security Act, 42 U. S. C. § 424a, affirmed. MR. JUSTICE DOUGLAS dissents on basis of his dissent in *Richardson* v. *Belcher, ante,* p. 78, at 84.

No. 71–306. CARLESON, DIRECTOR OF DEPARTMENT OF SOCIAL WELFARE, ET AL. *v.* TAYLOR ET AL. Appeal from D. C. N. D. Cal. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.